E-Filed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-8961-GHK(AGRx) | Date | APRIL 7, 2011 |
|---|---|---|---|
| Title | CHRIS GONZALES vs. LEGAL RECOVERY LAW OFFICES, INC. | | |

| Presiding: The Honorable | GEORGE H. KING, U. S. DISTRICT JUDGE | |
|---|---|---|
| Beatrice Herrera | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| (NONE) | (NONE) |

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE RE: SANCTIONS**

On February 14, 2011, we entered our Order Setting Scheduling Conference in which, among other things, we set the scheduling conference for Monday, April 11, 2011, and directed the parties to file a Report of Parties' Planning Meeting by no later than March 28, 2011. Thereafter, the parties stipulated to continue the scheduling conference to April 18, 2011. We declined to accept that stipulation, and instead on March 1, 2011 ordered that the scheduling conference be vacated and taken off calendar, and that we will issue a scheduling order without the need for an in-person scheduling conference. However, we did not modify our February 14, 2011 Order Setting Scheduling Conference in any other manner. Thus, the parties were required to file the Report of Parties' Planning Meeting by no later than March 28, 2011.

To date, the parties have failed to file the required Report of Parties' Planning Meeting. Accordingly, we are unable to issue a scheduling order at this time. The parties and their counsel shall show cause, in writing within 14 days hereof, why the court should not impose sanctions against the parties and their respective counsel for their apparent violation of our February 14, 2011 order. Failure to timely and adequately show cause as required herein shall result in the imposition of an appropriate sanction against the offending party and/or counsel.

Moreover, by no later than April 18, 2011, the parties shall file the Report of Parties' Planning Meeting in full compliance with the requirements of our February 14, 2011 order. If parties fail to file a timely and adequate Report, the parties and their counsel shall also show cause, in writing by the same April 18, 2011, why they should not be further sanctioned for violation of this order. The parties are warned that failure to timely and adequately show cause as required may result in the dismissal or entry of default of the offending party, as the case may be. Moreover, counsel are warned that failure to timely and adequately show cause as required may result in the imposition of a further sanction against them, personally.

**IT IS SO ORDERED.**

|  | -- | : | -- |
|---|---|---|---|
|  | Initials of Preparer | | Bea |